**Willie Leethel BRADEN, Appellant,**

v.

**Susie Marie BRADEN, Appellee.**

Court of Appeals of Kentucky.

June 28, 1974.

W. L. Rose, Rose & Martin, Williamsburg, for appellant.

Teague & Cox, Williamsburg, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**Bernice W. CAMPBELL, Adm'x of Estate of Glenn D. Campbell, Deceased, Appellant,**

v.

**COLUMBIA GAS OF KENTUCKY, INC., et al., Appellees.**

**COLUMBIA GAS OF KENTUCKY, INC., et al., Cross-Appellants,**

v.

**Bernice W. CAMPBELL, Adm'x etc., Cross-Appellee.**

**ALLEN & HOSHALL, etc., Cross-Appellant,**

v.

**Bernice W. CAMPBELL, Adm'x etc., Cross-Appellee.**

Court of Appeals of Kentucky.

June 28, 1974.

James B. Stewart, White, McCann & Stewart, Winchester, for appellant and cross-appellee Bernice W. Campbell, adm'x etc.

H. Raymond Andrews, Jr., Charleston, W. Va., Joseph L. Arnold, Allen, Duncan & Arnold, Lexington, for appellees and cross-appellants Columbia Gas of Kentucky, Inc., Kentucky Gas Transmission Corporation and Columbia Gas System Service Corporation.

Frank Reaves, Jr., Brown, Sledd & McCann, Lexington, for appellee and cross-appellant Allen & Hoshall.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

**Joan DAY, Executrix of the Estate of Evelyn Jaynes, Deceased,**

v.

**Blanche LITTLETON, Administratrix of the Estate of Morris Littleton.**

Court of Appeals of Kentucky.

June 28, 1974.

C. B. Creech, Creech, Hogg & Johnson, Ashland, for appellant.

Gary L. Littleton, Grayson, for appellee.

Memorandum Opinion by Justice REED, Reversing.*

* Opinion ordered not to be published.